On respondent's petition for reconsideration filed May 30, motion for relief from default granted; reconsideration allowed; former disposition (201 Or App 393, 118 P3d 833) withdrawn; affirmed July 26, 2006

STATE OF OREGON,
*Respondent,*

*v.*

JORGE ESPITIA-ARREQUIN,
aka Jose Garcia-Perez,
aka Jose Garcia Perez,
*Appellant.*

03C-40086; A121564

139 P3d 1012

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Jonathan H. Fussner, Attorney-In-Charge, Criminal Appeals Unit, for petition.

Before Landau, Presiding Judge, and Schuman and Ortega, Judges.

PER CURIAM

Motion for relief from default granted; reconsideration allowed; former disposition withdrawn; affirmed. *State v. Perez*, 340 Or 310, 131 P3d 168 (2006); *State v. Gornick*, 340 Or 160, 130 P3d 780 (2006).